## Pay Summary: 2020 - 19 - 1

| | | | | | |
|---|---|---|---|---|---|
| Drago Fleet | **Period Beginning Date** 4/26/2020 | **Pay Date** 5/6/2020 | **Co.** DRG | **Clock** | **Home Dept** 001000 |
| Jude A Romero 1126 South Hoyt Street Lakewood, CO 80232 | **Period Ending Date** 5/2/2020 | **WGPS Advance Pay Date** | **File #** 000322 | **Number** 00190073 | **Worked In Dept** 001000 |

| Gross Pay | | | $ 918.34 |
|---|---|---|---|
| Regular | Rate: 17.0000 | Hours: 34.08 | $ 579.36 |
| Effeciency Bonus (field 3) | | | $ 270.81 |
| SHIFT DIFF 1 (field 3) | | | $ 68.17 |

Total Hours Worked: 34.08

Basis of Pay: HOURLY

| Taxes | | $ 179.31 |
|---|---|---|
| Federal Income Tax | | $ 73.99 |
| Social Security | | $ 54.98 |
| Medicare | | $ 12.85 |
| State Worked In: Colorado | Code: CO | $ 37.49 |

| Deductions | $ 37.69 |
|---|---|
| DEN - DENTAL | $ 4.47 |
| GAI - GUARD ACC INS | $ 5.28 |
| GLF - GUARD LIFE INS | $ 2.53 |
| MED - MEDICAL | $ 20.00 |
| SHT - Short Trm Disb | $ 3.49 |
| VIS - VISION | $ 1.92 |

| Take Home | $ 701.34 |
|---|---|
| CHECKING 1 | $ 701.34 |

## Other Details

### Memos

| Pto | 22.34 |
|---|---|
| Hours worked | 34.08 |

## Pay Summary: 2020 - 20 - 1

**Drago Fleet**

**Jude A Romero**
1126 South Hoyt Street
Lakewood, CO 80232

| | |
|---|---|
| **Period Beginning Date** 5/3/2020 | **Pay Date** 5/13/2020 |
| **Period Ending Date** 5/9/2020 | **WGPS Advance Pay Date** |
| **Co.** DRG | **Clock** |
| **File #** 000322 | **Number** 00200076 |
| **Home Dept** 001000 | **Worked In Dept** 001000 |

| Gross Pay | | | $ 920.70 |
|---|---|---|---|
| Regular | Rate: 17.0000 | Hours: 35.35 | $ 600.95 |
| Effeciency Bonus (field 3) | | | $ 249.05 |
| SHIFT DIFF 1 (field 3) | | | $ 70.70 |

Total Hours Worked: 35.35

Basis of Pay: HOURLY

| Taxes | | $ 179.88 |
|---|---|---|
| Federal Income Tax | | $ 74.27 |
| Social Security | | $ 55.12 |
| Medicare | | $ 12.89 |
| State Worked In: Colorado | Code: CO | $ 37.60 |

| Deductions | $ 37.69 |
|---|---|
| DEN - DENTAL | $ 4.47 |
| GAI - GUARD ACC INS | $ 5.28 |
| GLF - GUARD LIFE INS | $ 2.53 |
| MED - MEDICAL | $ 20.00 |
| SHT - Short Trm Disb | $ 3.49 |
| VIS - VISION | $ 1.92 |

| Take Home | $ 703.13 |
|---|---|
| CHECKING 1 | $ 703.13 |

## Other Details

### Memos

| Pto | 23.75 |
|---|---|
| Hours worked | 35.35 |

7/1/2020

ADP

## Pay Summary: 2020 - 20 - 1

**Drago Fleet**

Jude A Romero
1126 South Hoyt Street
Lakewood, CO 80232

| | |
|---|---|
| Period Beginning Date | 5/3/2020 |
| Period Ending Date | 5/9/2020 |
| Pay Date | 5/13/2020 |
| WGPS Advance Pay Date | |
| Co. | DRG |
| File # | 000322 |
| Clock | |
| Number | 00200076 |
| Home Dept | 001000 |
| Worked In Dept | 001000 |

### Gross Pay — $920.70

| | | | |
|---|---|---|---|
| Regular | Rate: 17.0000 | Hours: 35.35 | $600.95 |
| Effeciency Bonus (field 3) | | | $249.05 |
| SHIFT DIFF 1 (field 3) | | | $70.70 |

Total Hours Worked: 35.35
Basis of Pay: HOURLY

### Taxes — $179.88

| | | |
|---|---|---|
| Federal Income Tax | | $74.27 |
| Social Security | | $55.12 |
| Medicare | | $12.89 |
| State Worked In: Colorado | Code: CO | $37.60 |

### Deductions — $37.69

| | |
|---|---|
| DEN - DENTAL | $4.47 |
| GAI - GUARD ACC INS | $5.28 |
| GLF - GUARD LIFE INS | $2.53 |
| MED - MEDICAL | $20.00 |
| SHT - Short Trm Disb | $3.49 |
| VIS - VISION | $1.92 |

### Take Home — $703.13

| | |
|---|---|
| CHECKING 1 | $703.13 |

### Other Details

| | |
|---|---|
| Memos | |
| Pto | 23.75 |
| Hours worked | 35.35 |

7/1/2020

ADP

## Pay Summary: 2020 - 21 - 1

**Drago Fleet**

Jude A Romero
1126 South Hoyt Street
Lakewood, CO 80232

| | |
|---|---|
| Period Beginning Date | 5/10/2020 |
| Pay Date | 5/20/2020 |
| Period Ending Date | 5/16/2020 |
| WGPS Advance Pay Date | |
| Co. | DRG |
| File # | 000322 |
| Clock Number | 00210076 |
| Home Dept | 001000 |
| Worked In Dept | 001000 |

### Gross Pay — $913.30

| | | | |
|---|---|---|---|
| Regular | Rate: 17.0000 | Hours: 31.73 | $539.41 |
| Efficiency Bonus (field 3) | | | $310.42 |
| SHIFT DIFF 1 (field 3) | | | $63.47 |

Total Hours Worked: 31.73

Basis of Pay: HOURLY

### Taxes — $178.09

| | |
|---|---|
| Federal Income Tax | $73.38 |
| Social Security | $54.66 |
| Medicare | $12.79 |
| State Worked in: Colorado   Code: CO | $37.26 |

### Deductions — $37.69

| | |
|---|---|
| DEN - DENTAL | $4.47 |
| GAI - GUARD ACC INS | $5.28 |
| GLF - GUARD LIFE INS | $2.53 |
| MED - MEDICAL | $20.00 |
| SHT - Short Trm Disb | $3.49 |
| VIS - VISION | $1.92 |

### Take Home — $697.52

| | |
|---|---|
| CHECKING 1 | $697.52 |

### Other Details

**Memos**

| | |
|---|---|
| Pto | 25.02 |
| Hours worked | 31.73 |

7/1/2020

ADP

1/1

## Pay Summary: 2020 - 22 - 1

**Drago Fleet**

| | | |
|---|---|---|
| Period Beginning Date: 5/17/2020 | Pay Date: 5/27/2020 | Co. DRG   Clock   Home Dept 001000 |

**Jude A Romero**
1126 South Hoyt Street
Lakewood, CO 80232

| | | |
|---|---|---|
| Period Ending Date: 5/23/2020 | WGPS Advance Pay Date | File # 000322   Number 00220077   Worked In Dept 001000 |

### Gross Pay — $738.27

| | | | |
|---|---|---|---|
| Regular | Rate: 17.0000 | Hours: 29.05 | $493.85 |
| Effeciency Bonus (field 3) | | | $186.32 |
| SHIFT DIFF 1 (field 3) | | | $58.10 |

Total Hours Worked: 29.05

Basis of Pay: HOURLY

### Taxes — $135.58

| | | |
|---|---|---|
| Federal Income Tax | | $52.38 |
| Social Security | | $43.81 |
| Medicare | | $10.24 |
| State Worked In: Colorado | Code: CO | $29.15 |

### Deductions — $37.69

| | |
|---|---|
| DEN - DENTAL | $4.47 |
| GAI - GUARD ACC INS | $5.28 |
| GLF - GUARD LIFE INS | $2.53 |
| MED - MEDICAL | $20.00 |
| SHT - Short Trm Disb | $3.49 |
| VIS - VISION | $1.92 |

### Take Home — $565.00

| | |
|---|---|
| CHECKING 1 | $565.00 |

### Other Details

**Memos**

| | |
|---|---|
| Pto | 26.18 |
| Hours worked | 29.05 |

## Pay Summary: 2020 - 23 - 1

| Drago Fleet | Period Beginning Date | Pay Date | Co. | Clock | Home Dept |
|---|---|---|---|---|---|
| | 5/24/2020 | 6/3/2020 | DRG | | 001000 |
| Jude A Romero | Period Ending Date | WGPS Advance Pay Date | File # | Number | Worked In Dept |
| 1126 South Hoyt Street | 5/30/2020 | | 000322 | 00230076 | 001000 |
| Lakewood, CO 80232 | | | | | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 924.77** |
| Regular | Rate: 17.0000 | Hours: 37.38 | $ 635.46 |
| Effeciency Bonus (field 3) | | | $ 214.54 |
| SHIFT DIFF 1 (field 3) | | | $ 74.77 |
| Total Hours Worked: 37.38 | | | |
| Basis of Pay: HOURLY | | | |
| **Taxes** | | | **$ 180.87** |
| Federal Income Tax | | | $ 74.76 |
| Social Security | | | $ 55.37 |
| Medicare | | | $ 12.95 |
| State Worked In: Colorado | Code: CO | | $ 37.79 |
| **Deductions** | | | **$ 37.69** |
| DEN - DENTAL | | | $ 4.47 |
| GAI - GUARD ACC INS | | | $ 5.28 |
| GLF - GUARD LIFE INS | | | $ 2.53 |
| MED - MEDICAL | | | $ 20.00 |
| SHT - Short Trm Disb | | | $ 3.49 |
| VIS - VISION | | | $ 1.92 |
| **Take Home** | | | **$ 706.21** |
| CHECKING 1 | | | $ 706.21 |

### Other Details

| | |
|---|---|
| Memos | |
| Pto | 27.68 |
| Hours worked | 37.38 |

https://workforcenow.adp.com/theme/admin.html#/People_tfd_PeopleTabPayProfile/PeopleTabPayProfile     1/1

7/1/2020

ADP

## Pay Summary: 2020 - 24 - 1

**Drago Fleet**

**Jude A Romero**
1126 South Hoyt Street
Lakewood, CO 80232

| | | |
|---|---|---|
| Period Beginning Date: 5/31/2020 | Pay Date: 6/10/2020 | Co. DRG |
| Period Ending Date: 6/6/2020 | WGPS Advance Pay Date | File # 000322 |

| | | |
|---|---|---|
| Clock | Home Dept | 001000 |
| Number 00240076 | Worked In Dept 001000 | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 851.31** |
| Regular | Rate: 17.0000 | Hours: 40.00 | $ 680.00 |
| Overtime | Rate: 27.4181 | Hours: 0.55 | $ 15.08 |
| Effeciency Bonus (field 3) | | | $ 156.23 |

Total Hours Worked: 40.55

Basis of Pay: HOURLY

| | | |
|---|---|---|
| **Taxes** | | **$ 163.04** |
| Federal Income Tax | | $ 65.94 |
| Social Security | | $ 50.82 |
| Medicare | | $ 11.89 |
| State Worked In: Colorado | Code: CO | $ 34.39 |

| | |
|---|---|
| **Deductions** | **$ 37.69** |
| DEN - DENTAL | $ 4.47 |
| GAI - GUARD ACC INS | $ 5.28 |
| GLF - GUARD LIFE INS | $ 2.53 |
| MED - MEDICAL | $ 20.00 |
| SHT - Short Trm Disb | $ 3.49 |
| VIS - VISION | $ 1.92 |

| | |
|---|---|
| **Take Home** | **$ 650.58** |
| CHECKING 1 | $ 650.58 |

**Other Details**

| | |
|---|---|
| Memos | 29.30 |
| Pto | |

7/1/2020                                                           ADP

## Pay Summary: 2020 - 25 - 1

**Drago Fleet**

| | | | | | |
|---|---|---|---|---|---|
| | Period Beginning Date<br>6/7/2020 | Pay Date<br>6/17/2020 | Co.<br>DRG | Clock | Home Dept<br>001000 |
| Jude A Romero<br>1126 South Hoyt Street<br>Lakewood, CO 80232 | Period Ending Date<br>6/13/2020 | WGPS Advance Pay Date | File #<br>000322 | Number<br>00250077 | Worked In Dept<br>001000 |

| Gross Pay | | | $ 852.98 |
|---|---|---|---|
| Regular | Rate: 17.0000 | Hours: 40.00 | $ 680.00 |
| Overtime | Rate: 26.4164 | Hours: 3.53 | $ 93.25 |
| Effeciency Bonus (field 3) | | | $ 79.73 |

Total Hours Worked: 43.53

Basis of Pay: HOURLY

| Taxes | | $ 163.44 |
|---|---|---|
| Federal Income Tax | | $ 66.14 |
| Social Security | | $ 50.92 |
| Medicare | | $ 11.91 |
| State Worked In: Colorado | Code: CO | $ 34.47 |

| Deductions | $ 37.69 |
|---|---|
| DEN - DENTAL | $ 4.47 |
| GAI - GUARD ACC INS | $ 5.28 |
| GLF - GUARD LIFE INS | $ 2.53 |
| MED - MEDICAL | $ 20.00 |
| SHT - Short Trm Disb | $ 3.49 |
| VIS - VISION | $ 1.92 |

| Take Home | $ 651.85 |
|---|---|
| CHECKING 1 | $ 651.85 |

**Other Details**

| Memos | |
|---|---|
| Pto | 31.04 |

ADP

## Pay Summary: 2020 - 26 - 1

**Drago Fleet**

Jude A Romero
1126 South Hoyt Street
Lakewood, CO 80232

| | | |
|---|---|---|
| Period Beginning Date | 6/14/2020 | |
| Pay Date | 6/24/2020 | |
| Period Ending Date | 6/20/2020 | |
| WGPS Advance Pay Date | | |
| Co. | DRG | |
| Clock | | |
| File # | 000322 | |
| Number | 00260077 | |
| Home Dept | 001000 | |
| Worked in Dept | 001000 | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 850.80** |
| Regular | Rate: 17.0000 | Hours: 40.00 | $ 680.00 |
| Overtime | Rate: 27.5185 | Hours: 0.27 | $ 7.43 |
| Effeciency Bonus (field 3) | | | $ 163.37 |

Total Hours Worked: 40.27

Basis of Pay: HOURLY

| | | |
|---|---|---|
| **Taxes** | | **$ 162.90** |
| Federal Income Tax | | $ 65.88 |
| Social Security | | $ 50.78 |
| Medicare | | $ 11.88 |
| State Worked In: Colorado | Code: CO | $ 34.36 |

| | |
|---|---|
| **Deductions** | **$ 37.69** |
| DEN - DENTAL | $ 4.47 |
| GAI - GUARD ACC INS | $ 5.28 |
| GLF - GUARD LIFE INS | $ 2.53 |
| MED - MEDICAL | $ 20.00 |
| SHT - Short Trm Disb | $ 3.49 |
| VIS - VISION | $ 1.92 |

| | |
|---|---|
| **Take Home** | **$ 650.21** |
| CHECKING 1 | $ 650.21 |

**Other Details**

Memos

Pto — 32.65