United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 20-14998-MER
Jude Anthony Romero                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: admin          Page 1 of 3           Date Rcvd: Jul 24, 2020
                           Form ID: 769          Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
```
db          +Jude Anthony Romero,   1126 S. Hoyt St.,   Denver, CO 80232-5136
tr          ++JEFFREY L HILL,   ATTN JEFFREY L HILL P C,   PO BOX 1720,   PARKER CO 80134-1405
             (address filed with court: Jeffrey L. Hill,   Jeffrey L. Hill, P.C,   P.O. Box 1720,
             Parker, CO  80134)
18840766     ARstrat LLC,   3052 South Parker Road,   Suite 75,   Aurora, CO 80014
18840757    +Alternative Revenue Systems, Inc.,   9250 e Costilla ave 130,   Englewood, CO 80112-3662
18840758    +Amber Jansen,   3700 Collins St.,   Castle Rock, CO 80108-8421
18840761     Apex Pathology,   Attn #15426C,   P.O. Box 14000,   Belfast, ME 04915-4033
18840763    +Apex Pathology PC,   PO Box 19000,   Belfast, ME 04915-4085
18840762    +Apex Pathology PC,   7444 W Alaska Dr,   Denver, CO 80226-3327
18840767    +Bay Area Credit Service, LLC,   P.O. Box 467600,   Atlanta, GA 31146-7600
18840768    +Bay Area Credit Service, LLC,   1000 Abernathy Road NE, Ste. 195,   Atlanta, GA 30328-5612
18840772    ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
             (address filed with court: Caine & Weiner,   Po Box 55848,   Sherman Oaks, CA 91413)
18840782     CENTURA HEALTH CORPORATION,   9100 E. Mineral Cir.,   Centennial, CO 80112-3401
18840773    +Caine & Weiner,   Attn  Bankruptcy,   5805 Sepulveda Blvd,   Sherman Oaks, CA 91411-2546
18840790    +CitiFinancial,   Attn  Bankruptcy,   605 Munn Road,   Fort Mill, SC 29715-8421
18840789    +CitiFinancial,   Po Box 6217,   Sioux Falls, SD 57117-6217
18840785    +Citibank, N.A.,   399 Park Avenue,   New York, NY 10022-4614
18840791    +Citifinancial Corporation,   Attn Tax and Reporting,   PO BOX 30509,   Tampa, FL 33630-3509
18840795    +Colorado Imaging Associates, PC,   1819 Denver West Drive,   Building 26, Suite 101,
             Golden, CO 80401-3118
18840794    +Colorado Imaging Associates, PC,   PO Box 223897,   Pittsburgh, PA 15251-2897
18840796    +Comenity Bank/Jared,   375 Ghent Rd,   Akron, OH 44333-4601
18840800    +Comprehensive Pain Specialists,   400 Indiana Street, Suite 320,   Golden, CO 80401-5033
18840805     DJO Global,   P.O. Box 660852,   Dallas, TX 75266-0852
18840804    +DJO Global,   1430 Decision Street,   Vista, CA 92081-8553
18840806    #Emergency Service Physicians PC,   P.O. Box 808,   Grand Rapids, MI 49518-0808
18840807    +Emergency Service Physicians, PC,   8300 W. 38th Avenue,   Wheat Ridge, CO 80033-6005
18840808     Escallate LLC,   P.O. Box 645425,   Cincinnati, OH 45264-5425
18840810    #+Escallate, LLC,   5200 Stoneham Road, #200,   North Canton, OH 44720-1584
18840809    +Escallate, LLC,   4535 DRESSLER RD, NW,   Canton, OH 44718-2545
18840814    +Jefferson Center for Mental Health,   PO Box 912897,   Denver, CO 80291-2897
18840817    +LVNV Funding, LLC,   6801 S. Cimarron Rd.,   Las Vegas, NV 89113-2273
18840815    +Lutheran Medical Center,   PO Box 912590,   Denver, CO 80291-2590
18840819    +One Advantage LLC,   7650 Magna Drive,   Belleville, IL 62223-3366
18840822     OrthoOne at Presbyterian St. Luke's,   P.O. Box 668,   Brentwood, TN 37024-0668
18840823     OrthoOne at Presbyterian St. Luke's,   P.O. Box 740776,   Cincinnati, OH 45274-0776
18840829    +Progressive,   PO Box 512926,   Los Angeles, CA 90051-0926
18840830    +Progressive Casualty Insurance Co.,   6300 Wilson Mills Road,   Cleveland, OH 44143-2182
18840831    +SCL HEALTH,   500 ELDORADO BLVD, STE 4300,   Broomfield, CO 80021-3564
18840834     Synchrony Bank/Mattress Firm,   C/o Resurgent Capital Services,   Greenville, SC 29602
18840836    +TekCollect Inc,   Pob 1269,   Columbus, OH 43216-1269
18840837    +TekCollect Inc,   Attn  Bankruptcy,   Po Box 1269,   Columbus, OH 43216-1269
18840838    +True Accord,   153 Maiden Lane, 3rd Floor,   San Francisco, CA 94108-5301
18840839    +USACS of Colorado,   7700 S BROADWAY,   Littleton, CO 80122-2602
18840840    +USACS of Colorado Inc.,   PO Box 14099,   Belfast, ME 04915-4034
18840842    +Wakefield & Associates Inc.,   P.O. Box 441590,   Aurora, CO 80044-1590
18840844    +Xcel Energy, dba Public Svc. Co. of CO,   c/o Patrice Blaeser,   414 Nicollet Mall, Suite 500,
             Minneapolis, MN 55401-1927
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: gailyn@winkandwink.com Jul 25 2020 01:34:35    Gailyn Wink,   11101 W. 120th Ave.,
             Ste. 230,   Broomfield, CO  80021
tr           E-mail/Text: jeffrey.hill@txitrustee.com Jul 25 2020 01:34:53    Jeffrey L. Hill,
             Jeffrey L. Hill, P.C,   P.O. Box 1720,   Parker, CO  80134
18840760    +EDI: AMEREXPR.COM Jul 25 2020 05:28:00    Amex,   Correspondence/Bankruptcy,   Po Box 981540,
             El Paso, TX 79998-1540
18840759    +EDI: AMEREXPR.COM Jul 25 2020 05:28:00    Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
18840769    +EDI: BCSERVICES.COM Jul 25 2020 05:28:00    BC Services,   550 Disc Dr,
             Longmont, CO 80503-9343
18840770    +EDI: BCSERVICES.COM Jul 25 2020 05:28:00    BC Services,   Attn  Bankruptcy,   Po Box 1317,
             Longmont, CO 80502-1317
18840771     EDI: BCSERVICES.COM Jul 25 2020 05:28:00    BC Services, Inc.,   P.O. Box 1317,
             Longmont, CO 80502-1317
18840774    +EDI: CAPITALONE.COM Jul 25 2020 05:28:00    Capital One,   Po Box 30281,
             Salt Lake City, UT 84130-0281
18840775    +EDI: CAPITALONE.COM Jul 25 2020 05:28:00    Capital One,   Attn  Bankruptcy,   Po Box 30285,
             Salt Lake City, UT 84130-0285
18840776     EDI: CAPITALONE.COM Jul 25 2020 05:28:00    Capital One Bank  USA , N.A.,   PO Box 71083,
             Charlotte, NC 28272-1083
18840777    +EDI: CAPITALONE.COM Jul 25 2020 05:28:00    Capital One Bank-Bankruptcy,   PO Box 30285,
             Salt Lake City, UT 84130-0285
```

```
District/off: 1082-1          User: admin              Page 2 of 3              Date Rcvd: Jul 24, 2020
                              Form ID: 769             Total Noticed: 89


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18840778        +EDI: CAPITALONE.COM Jul 25 2020 05:28:00      Capital One/Dress Barn,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
18840779        +EDI: CAPITALONE.COM Jul 25 2020 05:28:00      Capital One/Dress Barn,   Attn  Bankruptcy,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
18840781        +E-mail/Text: bankruptcy@cavps.com Jul 25 2020 01:35:20      Cavalry Portfolio Services,
                 500 Summit Lake,   Suite 400,   Valhalla, NY 10595-2322
18840780        +E-mail/Text: bankruptcy@cavps.com Jul 25 2020 01:35:20      Cavalry Portfolio Services,
                 500 Summit Lake Drive,   Valhalla, NY 10595-2322
18840786        +EDI: CITICORP.COM Jul 25 2020 05:28:00      Citibank, N.A.,   701 E 60th St N,
                 Sioux Falls, SD 57104-0493
18840787        +EDI: CITICORP.COM Jul 25 2020 05:28:00      Citibank/Sears,   Po Box 6217,
                 Sioux Falls, SD 57117-6217
18840788        +EDI: CITICORP.COM Jul 25 2020 05:28:00       Citibank/Sears,
                 Citicorp Cr Srvs/Centralized Bk Dept,   Po Box 790034,   St Louis, MO 63179-0034
18840792        +E-mail/Text: mediamanagers@clientservices.com Jul 25 2020 01:34:46      Client Services Inc,
                 3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
18840793        +EDI: CODEPREV.COM Jul 25 2020 05:28:00      Colorado Department of Revenue,   Bankruptcy Unit,
                 1375 Sherman St., Room 504,   Denver, CO 80261-3000
18840797        +EDI: WFNNB.COM Jul 25 2020 05:28:00      Comenity Bank/Jared,   Attn  Bankruptcy,
                 Po Box 182273,   Columbus, OH 43218-2273
18840799        +EDI: WFNNB.COM Jul 25 2020 05:28:00      Comenitybank/Jared,   Attn  Bankruptcy,   Po Box 182273,
                 Columbus, OH 43218-2273
18840798        +EDI: WFNNB.COM Jul 25 2020 05:28:00      Comenitybank/Jared,   Po Box 182789,
                 Columbus, OH 43218-2789
18840801        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2020 01:31:39      Credit One Bank,
                 Po Box 98872,   Las Vegas, NV 89193-8872
18840802        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2020 01:32:17      Credit One Bank,
                 Attn  Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
18840803        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2020 01:31:40      Credit One Bank, NA,
                 6801 S. Cimarron Rd.,   Las Vegas, NV 89113-2273
18840811        +EDI: PHINGENESIS Jul 25 2020 05:28:00      Genesis FS Card Services,   P.O. Box 4480,
                 Beaverton, OR 97076-4480
18840812        +E-mail/Text: bankruptcy@affglo.com Jul 25 2020 01:35:12      Global Credit & Collection Corp,
                 5440 N. Cumberland Ave., #300,   Chicago, IL 60656-1486
18840813         EDI: IRS.COM Jul 25 2020 05:28:00      Internal Revenue Service,   Central Insolvency Operations,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
18840784         EDI: JPMORGANCHASE Jul 25 2020 05:28:00      Chase Card Services,
                 Attn  Correspondence/Bankruptcy,   Po Box 15298,   Wilmington, DE 19850
18840783         EDI: JPMORGANCHASE Jul 25 2020 05:28:00      Chase Card Services,   Po Box 15298,
                 Wilmington, DE 19850
18840816        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 01:32:18      LVNV Funding LLC,
                 P.O. Box 10497,   Greenville, SC 29603-0497
18840818        +EDI: NESF.COM Jul 25 2020 05:28:00      NES,   29125 Solon Road,   Solon, OH 44139-3442
18840821        +EDI: AGFINANCE.COM Jul 25 2020 05:28:00      OneMain Financial,   Attn  Bankruptcy,
                 Po Box 3251,   Evansville, IN 47731-3251
18840820        +EDI: AGFINANCE.COM Jul 25 2020 05:28:00      OneMain Financial,   P O Box 59,
                 Evansville, IN 47701-0059
18840825         EDI: PRA.COM Jul 25 2020 05:28:00      Portfolio Recovery,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
18840826         EDI: PRA.COM Jul 25 2020 05:28:00      Portfolio Recovery,   Attn  Bankruptcy,
                 120 Corporate Blvd,   Norfold, VA 23502
18840827         EDI: PRA.COM Jul 25 2020 05:28:00      Portfolio Recovery Associates LLC,   PO Box 12914,
                 Norfolk, VA 23541
18840828         EDI: PRA.COM Jul 25 2020 05:28:00      Portfolio Recovery Associates, LLC,   130 Corporate Blvd,
                 Norfolk, VA 23502
18840824         E-mail/Text: dee@pendrickcp.com Jul 25 2020 01:35:23      Pendrick Capital Partners,
                 1714 Hollinwood Dr,   Alexandria, VA 22307-1926
18840833        +EDI: RMSC.COM Jul 25 2020 05:28:00      SYNCHRONY BANK,   Attn  Bankruptcy,   PO Box 965061,
                 Orlando, FL 32896-5061
18840832         EDI: RMSC.COM Jul 25 2020 05:28:00      SYNCHRONY BANK,   P.O. Box 105972,
                 Atlanta, GA 30348-5972
18840835        +EDI: RMSC.COM Jul 25 2020 05:28:00      Synchrony Bank/Mattress Firm,   Attn  Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
18840841        +E-mail/Text: bankruptcyreports@wakeassoc.com Jul 25 2020 01:35:29
                 Wakefield & Associates Inc,   PO Box 58,   830 E. Platte Ave. Unit A,
                 Fort Morgan, CO 80701-3601
18840843        +EDI: XCELENERGY.COM Jul 25 2020 05:28:00      Xcel Energy,   414 Nicollet Mall,
                 Suite 500 - Patrice Blaeser,   Minneapolis, MN 55401-1927
                                                                                             TOTAL: 45


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18840765    ##ARstrat LLC,   P.O. Box 790113,   Saint Louis, MO 63179-0113
18840764    ##+ARstrat LLC,   2703 N Highway 75,   Suite B,   Sherman, TX 75090-2567
                                                                         TOTALS: 0, * 0, ## 2


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1082-1          User: admin              Page 3 of 3            Date Rcvd: Jul 24, 2020
                              Form ID: 769             Total Noticed: 89
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
```
        Gailyn  Wink    on behalf of Debtor Jude Anthony Romero gailyn@winkandwink.com,
         mike@winkandwink.com;winkandwinkECF@gmail.com
        Jeffrey L. Hill    jeffreyhillpc@gmail.com,
         CO35@ecfcbis.com;jhill@iq7technology.com;ecf.alert+Hill@titlexi.com
        US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                      TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Jude Anthony Romero<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–9421<br>EIN:   _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   District of Colorado | Date case filed for chapter:   7   7/23/20 |
| Case number:   20–14998–MER | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jude Anthony Romero | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1126 S. Hoyt St.<br>Denver, CO 80232 | | |
| 4. | **Debtor's attorney**<br>Name and address | Gailyn Wink<br>11101 W. 120th Ave.<br>Ste. 230<br>Broomfield, CO 80021 | | Contact phone 303–410–1720<br>Email gailyn@winkandwink.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey L. Hill<br>Jeffrey L. Hill, P.C<br>P.O. Box 1720<br>Parker, CO 80134 | | Contact phone 303–805–1478<br>Email jeffreyhillpc@gmail.com |

**For more information, see page 2 >**

Debtor **Jude Anthony Romero**                                    Case number **20–14998–MER**

---

The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection.

| 6. | **Bankruptcy clerk's office** | US Bankruptcy Court | Hours open Monday – Friday 8:00 AM – 4:30 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | US Custom House 721 19th St. Denver, CO 80202–2508 | Contact phone 720–904–7300 Date: 7/24/20 |

| 7. | **Meeting of creditors** | **August 19, 2020** at **10:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Under Bankruptcy Rule 4002(b)(1)–(2), you shall bring the following to the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity AND evidence of a social security number OR a written statement that such docmumentation does not exist; 2) documents or copies of a) debtor's current income such as the most recent payment advice, pay stub, or earnings statement; and b) statements for each of the debtor's depository accounts (bank, credit union and investment) for the time period that includes the date of the filing of the petition OR a written statement that such documentation does not exist; and 3) documentation of monthly expenses claimed if required under 11 U.S.C. §707(b)(2)(A) or (B). | **Telephonic Meeting of Creditors, Please call five minutes in advance, Conference Number – 888–395–7928, Passcode – 4268596#** |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
|---|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:  10/19/20** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| The case trustee must receive these documents by the following deadlines. | **Deadline to provide documents:** | **Filing deadline:** 7 days *before* the the meeting of creditors |
|---|---|---|
| | You shall provide to the case trustee a copy of the federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least fourteen days prior to the meeting of creditors. See Fed. R. Bankr. P. 4002(b). The debtor's failure to comply will result in dismissal of the case unless the debtor demonstrates that the failure to comply is due to circumstances beyond the control of the debtor. See L.B.R. 1017–2. | |

| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |