United States Bankruptcy Court
District of Colorado

In re:     Case No. 20-14998-MER
Jude Anthony Romero     Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 4
Date Rcvd: Oct 26, 2020     Form ID: 177     Total Noticed: 88

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jude Anthony Romero, 1126 S. Hoyt St., Denver, CO 80232-5136 |
| 18840766 | | ARstrat LLC, 3052 South Parker Road, Suite 75, Aurora, CO 80014 |
| 18840757 | + | Alternative Revenue Systems, Inc., 9250 e Costilla ave 130, Englewood, CO 80112-3662 |
| 18840758 | + | Amber Jansen, 3700 Collins St., Castle Rock, CO 80108-8421 |
| 18840761 | | Apex Pathology, Attn #15426C, P.O. Box 14000, Belfast, ME 04915-4033 |
| 18840763 | + | Apex Pathology PC, PO Box 19000, Belfast, ME 04915-4085 |
| 18840762 | + | Apex Pathology PC, 7444 W Alaska Dr, Denver, CO 80226-3327 |
| 18840768 | + | Bay Area Credit Service, LLC, 1000 Abernathy Road NE, Ste. 195, Atlanta, GA 30328-5612 |
| 18840767 | + | Bay Area Credit Service, LLC, P.O. Box 467600, Atlanta, GA 31146-7600 |
| 18840772 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 18840782 | | CENTURA HEALTH CORPORATION, 9100 E. Mineral Cir., Centennial, CO 80112-3401 |
| 18840773 | + | Caine & Weiner, Attn Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 18840790 | + | CitiFinancial, Attn Bankruptcy, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 18840791 | + | Citifinancial Corporation, Attn Tax and Reporting, PO BOX 30509, Tampa, FL 33630-3509 |
| 18840795 | + | Colorado Imaging Associates, PC, 1819 Denver West Drive, Building 26, Suite 101, Golden, CO 80401-3118 |
| 18840794 | + | Colorado Imaging Associates, PC, PO Box 223897, Pittsburgh, PA 15251-2897 |
| 18840796 | + | Comenity Bank/Jared, 375 Ghent Rd, Akron, OH 44333-4601 |
| 18840800 | + | Comprehensive Pain Specialists, 400 Indiana Street, Suite 320, Golden, CO 80401-5033 |
| 18840805 | | DJO Global, P.O. Box 660852, Dallas, TX 75266-0852 |
| 18840804 | + | DJO Global, 1430 Decision Street, Vista, CA 92081-8553 |
| 18840806 | # | Emergency Service Physicians PC, P.O. Box 808, Grand Rapids, MI 49518-0808 |
| 18840807 | + | Emergency Service Physicians, PC, 8300 W. 38th Avenue, Wheat Ridge, CO 80033-6005 |
| 18840808 | | Escallate LLC, P.O. Box 645425, Cincinnati, OH 45264-5425 |
| 18840809 | + | Escallate, LLC, 4535 DRESSLER RD, NW, Canton, OH 44718-2545 |
| 18840810 | #+ | Escallate, LLC, 5200 Stoneham Road, #200, North Canton, OH 44720-1584 |
| 18840814 | + | Jefferson Center for Mental Health, PO Box 912897, Denver, CO 80291-2897 |
| 18840817 | + | LVNV Funding, LLC, 6801 S. Cimarron Rd., Las Vegas, NV 89113-2273 |
| 18840815 | + | Lutheran Medical Center, PO Box 912590, Denver, CO 80291-2590 |
| 18840819 | + | One Advantage LLC, 7650 Magna Drive, Belleville, IL 62223-3366 |
| 18840822 | | OrthoOne at Presbyterian St. Luke's, P.O. Box 668, Brentwood, TN 37024-0668 |
| 18840823 | | OrthoOne at Presbyterian St. Luke's, P.O. Box 740776, Cincinnati, OH 45274-0776 |
| 18840829 | + | Progressive, PO Box 512926, Los Angeles, CA 90051-0926 |
| 18840830 | + | Progressive Casualty Insurance Co., 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 18840831 | + | SCL HEALTH, 500 ELDORADO BLVD, STE 4300, Broomfield, CO 80021-3564 |
| 18840834 | | Synchrony Bank/Mattress Firm, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 18840836 | + | TekCollect Inc, Pob 1269, Columbus, OH 43216-1269 |
| 18840837 | + | TekCollect Inc, Attn Bankruptcy, Po Box 1269, Columbus, OH 43216-1269 |
| 18840838 | + | True Accord, 153 Maiden Lane, 3rd Floor, San Francisco, CA 94108-5301 |
| 18840839 | + | USACS of Colorado, 7700 S BROADWAY, Littleton, CO 80122-2602 |
| 18840840 | + | USACS of Colorado Inc., PO Box 14099, Belfast, ME 04915-4034 |

| District/off: 1082-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 177 | Total Noticed: 88 |

| | | |
|---|---|---|
| 18840842 | + | Wakefield & Associates Inc., P.O. Box 441590, Aurora, CO 80044-1590 |
| 18840844 | + | Xcel Energy, dba Public Svc. Co. of CO, c/o Patrice Blaeser, 414 Nicollet Mall, Suite 500, Minneapolis, MN 55401-1927 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 18840760 | + | EDI: AMEREXPR.COM | Oct 27 2020 01:33:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 18840759 | + | EDI: AMEREXPR.COM | Oct 27 2020 01:33:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 18840770 | + | EDI: BCSERVICES.COM | Oct 27 2020 01:38:00 | BC Services, Attn Bankruptcy, Po Box 1317, Longmont, CO 80502-1317 |
| 18840769 | + | EDI: BCSERVICES.COM | Oct 27 2020 01:38:00 | BC Services, 550 Disc Dr, Longmont, CO 80503-9343 |
| 18840771 | | EDI: BCSERVICES.COM | Oct 27 2020 01:38:00 | BC Services, Inc., P.O. Box 1317, Longmont, CO 80502-1317 |
| 18840775 | + | EDI: CAPITALONE.COM | Oct 27 2020 01:33:00 | Capital One, Attn Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 18840774 | + | EDI: CAPITALONE.COM | Oct 27 2020 01:33:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 18840776 | | EDI: CAPITALONE.COM | Oct 27 2020 01:33:00 | Capital One Bank USA , N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 18840777 | + | EDI: CAPITALONE.COM | Oct 27 2020 01:33:00 | Capital One Bank-Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18840778 | + | EDI: CAPITALONE.COM | Oct 27 2020 01:33:00 | Capital One/Dress Barn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 18840779 | + | EDI: CAPITALONE.COM | Oct 27 2020 01:33:00 | Capital One/Dress Barn, Attn Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 18840780 | + | Email/Text: bankruptcy@cavps.com | Oct 27 2020 00:29:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 18840781 | + | Email/Text: bankruptcy@cavps.com | Oct 27 2020 00:29:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2322 |
| 18840789 | + | EDI: CITICORP.COM | Oct 27 2020 01:33:00 | CitiFinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 18840786 | + | EDI: CITICORP.COM | Oct 27 2020 01:33:00 | Citibank, N.A., 701 E 60th St N, Sioux Falls, SD 57104-0493 |
| 18840785 | + | EDI: CITICORP.COM | Oct 27 2020 01:33:00 | Citibank, N.A., 399 Park Avenue, New York, NY 10022-4614 |
| 18840788 | + | EDI: CITICORP.COM | Oct 27 2020 01:33:00 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bk Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 18840787 | + | EDI: CITICORP.COM | Oct 27 2020 01:33:00 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 18840792 | + | Email/Text: mediamanagers@clientservices.com | Oct 27 2020 00:27:00 | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 18840793 | + | EDI: CODEPREV.COM | Oct 27 2020 01:34:00 | Colorado Department of Revenue, Bankruptcy Unit, 1375 Sherman St., Room 504, Denver, CO 80261-3000 |
| 18840797 | + | EDI: WFNNB.COM | Oct 27 2020 01:33:00 | Comenity Bank/Jared, Attn Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 18840799 | + | EDI: WFNNB.COM | Oct 27 2020 01:33:00 | Comenitybank/Jared, Attn Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |

| District/off: 1082-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 177 | Total Noticed: 88 |

| | | | |
|---|---|---|---|
| 18840798 | + EDI: WFNNB.COM | Oct 27 2020 01:33:00 | Comenitybank/Jared, Po Box 182789, Columbus, OH 43218-2789 |
| 18840802 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2020 00:46:48 | Credit One Bank, Attn Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 18840801 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2020 00:46:48 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 18840803 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2020 00:46:49 | Credit One Bank, NA, 6801 S. Cimarron Rd., Las Vegas, NV 89113-2273 |
| 18840811 | + EDI: PHINGENESIS | Oct 27 2020 01:38:00 | Genesis FS Card Services, P.O. Box 4480, Beaverton, OR 97076-4480 |
| 18840812 | + Email/Text: bankruptcy@affglo.com | Oct 27 2020 00:28:00 | Global Credit & Collection Corp, 5440 N. Cumberland Ave., #300, Chicago, IL 60656-1486 |
| 18840813 | EDI: IRS.COM | Oct 27 2020 01:34:00 | Internal Revenue Service, Central Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 18840784 | EDI: JPMORGANCHASE | Oct 27 2020 01:33:00 | Chase Card Services, Attn Correspondence/Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 18840783 | EDI: JPMORGANCHASE | Oct 27 2020 01:33:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 18840816 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2020 00:50:32 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 18840818 | + EDI: NESF.COM | Oct 27 2020 01:33:00 | NES, 29125 Solon Road, Solon, OH 44139-3442 |
| 18840821 | + EDI: AGFINANCE.COM | Oct 27 2020 01:33:00 | OneMain Financial, Attn Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 18840820 | + EDI: AGFINANCE.COM | Oct 27 2020 01:33:00 | OneMain Financial, P O Box 59, Evansville, IN 47701-0059 |
| 18840824 | Email/Text: bwilson@pendrickcp.com | Oct 27 2020 00:28:00 | Pendrick Capital Partners, 1714 Hollinwood Dr, Alexandria, VA 22307-1926 |
| 18840825 | EDI: PRA.COM | Oct 27 2020 01:33:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 18840826 | EDI: PRA.COM | Oct 27 2020 01:33:00 | Portfolio Recovery, Attn Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 18840827 | EDI: PRA.COM | Oct 27 2020 01:33:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 18840828 | EDI: PRA.COM | Oct 27 2020 01:33:00 | Portfolio Recovery Associates, LLC, 130 Corporate Blvd, Norfolk, VA 23502 |
| 18840832 | EDI: RMSC.COM | Oct 27 2020 01:33:00 | SYNCHRONY BANK, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 18840833 | + EDI: RMSC.COM | Oct 27 2020 01:33:00 | SYNCHRONY BANK, Attn Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 18841151 | + EDI: RMSC.COM | Oct 27 2020 01:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 18840835 | + EDI: RMSC.COM | Oct 27 2020 01:33:00 | Synchrony Bank/Mattress Firm, Attn Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 18840841 | + Email/Text: bankruptcyreports@wakeassoc.com | Oct 27 2020 00:29:00 | Wakefield & Associates Inc, PO Box 58, 830 E. Platte Ave. Unit A, Fort Morgan, CO 80701-3601 |
| 18840843 | + EDI: XCELENERGY.COM | Oct 27 2020 01:33:00 | Xcel Energy, 414 Nicollet Mall, Suite 500 - Patrice Blaeser, Minneapolis, MN 55401-1927 |

TOTAL: 46

| District/off: 1082-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 177 | Total Noticed: 88 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18840765 | ## | ARstrat LLC, P.O. Box 790113, Saint Louis, MO 63179-0113 |
| 18840764 | ##+ | ARstrat LLC, 2703 N Highway 75, Suite B, Sherman, TX 75090-2567 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gailyn Wink | on behalf of Debtor Jude Anthony Romero gailyn@winkandwink.com  mike@winkandwink.com;winkandwinkECF@gmail.com |
| Jeffrey L. Hill | jeffreyhillpc@gmail.com  CO35@ecfcbis.com;ecf.alert+Hill@titlexi.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jude Anthony Romero<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9421<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of Colorado | | |
| Case number:    20–14998–MER | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jude Anthony Romero

10/26/20                                                                                       **By the court:**   Michael E. Romero
                                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**